(135 So. 431)

## COOPER & SONS MOTOR CO. v. Peter KLEPSIG.

### 7 Div. 55.

Supreme Court of Alabama.
June 18, 1931.

Bibb, Field & Woolf, of Anniston, for petitioner.

Merrill, Jones & Whiteside, of Anniston, for respondent.

See, also, Cooper & Sons Motor Co. v. Klepsig, ante, p. 2, 135 So. 430.

**PER CURIAM.**

Petition of Cooper & Sons Motor Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cooper & Sons Motor Co. v. Klepsig, 135 So. 427.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.